UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, as subrogee of JENNIFER and RICHARD ABDINOOR,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. HOME CORPORATION, a wholly owned subsidiary of LENNAR CORPORATION, a Delaware corporation; and SOUTHWEST HOMES, LTD, a Nevada Limited liability company,<br><br>Defendants. | 2:11-CV-1541-PMP-LRL<br><br>**ORDER** |

Before the Court for consideration is Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #5) filed October 3, 2011. Plaintiffs' have failed to timely file a response in opposition thereto. Therefore, Plaintiffs consent to the granting of Defendants' Motion.

**IT IS THEREFORE ORDERED that** Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #5) is **GRANTED**.

DATED: October 26, 2011.

_____
PHILIP M. PRO
United States District Judge