UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ENCOMPASS INSURANCE COMPANY, as subrogee of JENNIFER and RICHARD ABDINOOR,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. HOME CORPORATION, a wholly owned subsidiary of LENNAR CORPORATION, a Delaware corporation; and SOUTHWEST HOMES, LTD, a Nevada Limited liability company,<br><br>Defendants. | 2:11-CV-1541-PMP-LRL<br><br>**ORDER** |

On October 26, 2011, the Court entered an Order (Doc. #10) granting Defendants' Motion to Dismiss Plaintiff's Complaint (Doc. #5), because Plaintiff had failed to file a timely response.

On October 27, 2011, Plaintiff filed a Motion for Reconsideration (Doc. #11) arguing it failed to respond to Defendants' Motion to Dismiss (Doc. #5) only because it did not receive it. As a result, Plaintiff asks the Court to set aside the Order of Dismissal (Doc. #10) entered October 26, 2011, and permit the Parties to fully brief Defendants' Motion to Dismiss (Doc. #5) prior to adjudication.

///

Although it appears that Plaintiff's failure to receive Defendants' Motion to Dismiss (Doc. #5) resulted from the failure of Plaintiff's counsel to properly update pertinent information with this Court's CM/ECF System, as required by Special Order #109, the Court nonetheless finds that the dispositive Motion to Dismiss (Doc. #5) filed on behalf of Defendants should be adjudicated on the merits.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Reconsideration (Doc. #11) is **GRANTED**, and that this Court's Order (Doc. #10) granting Defendants' Motion to Dismiss (Doc. #10) is hereby **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff shall have to and including **December 5, 2011** within which to file a response to Defendants' Motion to Dismiss (Doc. #5).  Defendants shall thereafter have to and including **December 19, 2011** within which to file a reply memorandum.

DATED: November 21, 2011.

_____
PHILIP M. PRO
United States District Judge

2